ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

AMERICAN CHEMISTRY )
COUNCIL, et al., )
                Petitioners, )
                ) No. 24-1174
v. ) (consolidated with
                ) No. 24-1175)
U.S. ENVIRONMENTAL )
PROTECTION AGENCY, )
                Respondent. )
_____

**UNOPPOSED MOTION TO GOVERN**

Respondent United States Environmental Protection Agency ("EPA") respectfully requests that the Court continue to hold these consolidated cases in abeyance until December 22, 2025, to allow the parties to discuss next steps. No party opposes the relief requested.

In support of this motion, EPA states as follows:

1. Petitioners in these consolidated cases challenge an EPA final rule entitled "National Emission Standards for Hazardous Air Pollutants: Ethylene Production, Miscellaneous Organic Chemical Manufacturing, Organic Liquids Distribution (Non-Gasoline), and Petroleum Refineries Reconsideration," 89 Fed. Reg. 23840 (April 4, 2024) ("Chem Sector Rule").

2. On November 15, 2024, the parties submitted competing motions to govern in this case, as well as three other cases challenging EPA rules that the Chem Sector Rule modified. These other cases are *American Fuel & Petrochemical Manufacturers, et al. v. EPA*, No. 16-1033 (and consol. cases) ("Refineries case"), *Rise St. James, et al. v. EPA*, No. 20-1336 (and consol. case) ("Ethylene case"), and *Huntsman Petrochemical LLC, et al. v. EPA*, 20-1414 (and consol. case) ("MON case"). EPA argued that the Chem Sector Rule, Ethylene, and MON cases should be placed in abeyance pending the Court's decision in the Refineries case. *See, e.g.*, EPA's Mot. to Govern, Doc. No. 2085238 (Nov. 15, 2025). Environmental Petitioners disagreed, urging the Court to order briefing in their Chem Sector Rule petition while abating Industry Petitioners' Chem Sector Rule petition and the other three cases. *See, e.g.*, Envt'l Pets.' Mot. to Govern, Doc. No. 2085231 (Nov. 15, 2024).

3. EPA separately moved unopposed to extend for a third time the deadlines for filing the certified index and any dispositive motions in this case until 30 days after the Court's order on the motions to govern. EPA's Mot. for Ext. of Time, Doc. No. 2086756 (Nov. 26, 2025).

4. The Court ultimately granted EPA's motions, placing the Chem Sector Rule, Ethylene, and MON cases in abeyance pending a final resolution of

the Refineries case. *See* Order, Doc. No. 2097678, (Jan. 30, 2025). Per the parties' request, the Court also dismissed Industry Petitioners' Refineries petition, leaving only Environmental Petitioners' consolidated challenges to EPA's actions in the Refineries case and making *Air Alliance Houston, et al. v. EPA*, No. 16-1035 the new lead case.

5. Approximately two months later, at Environmental Petitioners' request, the Court dismissed the remaining Refineries petitions. *See* Order, Doc. No. 2109379, Refineries case (Apr. 4, 2025). The Court's order terminated the Refineries case.

6. Subsequently, the Court removed the Chem Sector Rule, Ethylene, and MON cases from abeyance and ordered the parties to file motions to govern within 30 days. *See, e.g.*, Clerk's Order, Doc. No. 2110448 (Apr. 10, 2025).

7. On EPA's unopposed motion, the Court again placed the case in abeyance due to the change in presidential administrations, setting further motions to govern due in this case by November 26, 2025. *See* Order, Doc. No. 2118315. That deadline was then extended to December 5, 2025, in light of a lapse in appropriations. *See* Order, Doc. No. 2147246.

8. EPA does not currently have plans to reconsider the rule challenged here. The parties, however, will need time to discuss next steps here and in the Ethylene and MON cases.

For these reasons, EPA requests that the Court continue to hold these consolidated cases in abeyance until December 22, 2025, with new motions to govern due at the end of that period.

Dated: December 5, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

*/s/ Miranda M. Jensen*
MIRANDA M. JENSEN
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3071
miranda.jensen@usdoj.gov

*Counsel for Respondent*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 560 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

<i>/s/ Miranda M. Jensen</i>

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I filed the foregoing Motion using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

<i>/s/ Miranda M. Jensen</i>